# United States District Court
# Northern District of Indiana

| | |
|---|---|
| EDGAR R. BURELISON, | ) |
|         Petitioner, | ) |
| v. | ) Civil Action No. 3:10-CV-510 JVB |
| SUPERINTENDENT, | ) |
|         Respondent. | ) |

## OPINION AND ORDER

Edgar R. Burelison, a *pro se* prisoner, filed a habeas corpus petition under 28 U.S.C. § 2254 seeking to challenge a prison disciplinary determination. (DE 1.) The court is obligated to review the petition and dismiss it if "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief. . . ." RULE 4 OF THE RULES GOVERNING SECTION 2254 CASES.

According to the petition, Burelison discovered during his annual classification review that he had been written up for two disciplinary offenses. He states that no sanctions were ever imposed against him in connection with these offenses, but claims they are impacting his security classification. (DE 1 at 2.) A prisoner may use a federal habeas petition to challenge a disciplinary determination only when the sanction imposed lengthens the duration of the prisoner's confinement. *See Moran v. Sondalle*, 218 F.3d 647, 650 (7th Cir. 2000). Here, Burelison has alleged that no sanction was imposed against him in connection with these offenses. Because the disciplinary determinations did not lengthen the duration of Burelison's confienement, he cannot challenge them in a habeas proceeding. Accordingly, his petition must be dismissed.

For the foregoing reasons, this habeas corpus petition is DISMISSED pursuant to RULE 4 OF THE RULES GOVERNING SECTION 2254 CASES.

**SO ORDERED** on December 15, 2010.

   s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge
Hammond Division